JACOB FREIDUS, CLAIRE FREIDUS AND 601 WEST 26TH CORP., PLAINTIFFS-RESPONDENTS, v. JOSEPH E. KAUFMAN, ZELDA KAUFMAN AND CHELSEA HOTEL CORPORATION, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued July 5, 1955—Decided July 11, 1955.

Before Judges COLIE, GRIMSHAW and McGEEHAN.

*Mr. Crawford Jamieson* argued the cause for appellants (*Messrs. Louis B. Englander* and *Frank P. Mulligan,* attorneys).

*Mr. Murray Fredericks* argued the cause for respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Hancman in the court below. 35 *N. J. Super.* 601.